# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

IN RE: KEVIN JOHN SANDERS                    No. 1:26-mc-00023-KG

## ORDER OF SUSPENSION

The Supreme Court of the State of New Mexico ordered that Kevin John Sanders "is hereby ADMINISTRATIVELY SUSPENDED from the practice of law in New Mexico pursuant to Rule 17-207(B),[1] effective immediately and until further order of the Court."  Order, filed May 18, 2026, *In the Matter of Kevin John Sanders, Esq*, No. S-1-SC-41366 (N.M.).

The Local Rules of Civil Procedure for the District of New Mexico do not allow an attorney who has been suspended from the practice of law to practice before this Court:

> An attorney admitted to the bar of this court must remain in good standing in all courts where admitted.  In good standing means not suspended or disbarred by any court for any reason.  An attorney whose suspension or disbarment has been stayed by order of the disciplining court prior to the effective date of the suspension or disbarment remains in good standing.  An attorney who is not in good standing may not practice before the bar of this court or continue to be an attorney or record in any pending case....

D.N.M.LR-Civ. 83.2(c) ("Rule of Good Standing").

The Court ordered Mr. Sanders to show cause why the Court should not suspend him in accordance with the Court's Rule of Good Standing due to his suspension by the Supreme Court of the State of New Mexico.  *See* Order to Show Cause, Doc. 1, filed July 2, 2026.  Mr. Sanders did not show cause or otherwise respond to the Court's Order to Show Cause by the July 23, 2026, deadline.

---

[1] N.M.R.A. 17-207(B) provides for *administrative* suspension if an attorney fails to respond to, among other things, disciplinary counsel's requests for investigation whereas N.M.R.A. 17-206 provides for non-administrative suspension and other discipline for violations of the Rules of Professional Conduct.

The Court **SUSPENDS** Kevin John Sanders from practice before the United States District Court for the District of New Mexico, effective from the date of this Order. *See In re Bello*, 237 Fed.Appx. 363, 366 (10th Cir. 2007) ("The District of New Mexico has 'inherent supervisory power' over the conduct of attorneys appearing in its courtrooms and this power includes the ability 'to control admission to its bar and to discipline attorneys who appear before it.'").  Should Mr. Sanders wish to be reinstated to practice in this Court, he will have to apply for reinstatement to the Federal Bar of the District of New Mexico.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.